IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

BOBBY L. BLAKE,

        Plaintiff,

v.                                           CIVIL ACTION NO. 3:21-0167

JEFFREY HOOD, Circuit Clerk;
CARL ALDRIDGE, Superintendent;
BETSY JIVIDEN, Commissioner of Corrections;
DIANN E. SKILES, Director of Inmates;
LORA A. DYER, Circuit Judge; and
ELIZABETH JONES, Circuit Clerk,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court dismiss the Complaint and remove this case from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and Court **DISMISSES** the Complaint and removes this case from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:     June 23, 2021

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE